UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    Plaintiff,

               Case No. 20-cr-129-pp

  v.

CHRISTOPHER GOODVINE,
     Defendant.

## ORDER GRANTING MOTION FOR ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 75)

On October 21, 2022, the government filed a motion asking the court to enter a final order of forfeiture under 21 U.S.C. §853. Dkt. No. 75. The court has considered the motion, as well as the affidavit of Philip Kovoor. Dkt. No. 76. The court is satisfied that the government has complied with the requirements of 21 U.S.C. §853.

The court **ORDERS** that, under 21 U.S.C. §853, the United States of America has clear title to approximately $4,610 in U.S. currency recovered from the defendant's person on January 23, 2020, and may dispose of the property according to law.

Dated in Milwaukee, Wisconsin this 24th day of October, 2022.

           **BY THE COURT:**

           _____
           **HON. PAMELA PEPPER**
           **Chief United States District Judge**

1